**CSD 1183** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Olga Nazimova   SBN 129501
Law Offices of Olga Nazimova
105 West F Street, Suite 205
San Diego, CA 92101
858-480-9809
onlawca@gmail.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Theresa Dalton

BANKRUPTCY NO. 19-04878

Tax I.D.(EIN)#:           /S.S.#:XXX-XX- 1791        Debtor.

## NOTICE OF HEARING AND MOTION

TO: Becharoff Capital Corporation, by and through their attorney of record, Brewer & Brewer

You are hereby notified that on __Jan 13, 2020__, at __10 a.m__, in Department __5__, Room _____ of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of __Theresa Dalton__, Movant, for

To avoid judgment lien under 11 U.S. C. Section 522(f)

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: 11-7-2019

s/s Olga Nazimova
[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1183

CSD 1183 (Page 2) [07/01/18]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on __13__ day of __September__, 20__19__, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:
List additional papers:

Motion to Remove Lien

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __9-13-2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☐ Attorney for Debtor (or Debtor), if required:

   ☑ Chapter 7 Trustee: Leslie Gladstone

   ☑ For Chpt. 7, 11, & 12 cases:
   UNITED STATES TRUSTEE
   ustp.region15@usdoj.gov

   ☐ For ODD numbered Chapter 13 cases:
   THOMAS H. BILLINGSLEA, JR., TRUSTEE
   Billingslea@thb.coxatwork.com

   ☐ For EVEN numbered Chapter 13 cases:
   DAVID L. SKELTON, TRUSTEE
   admin@ch13.sdcoxmail.com
   dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail:**

   On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

   ☐ Attorney for Debtor (or Debtor), if required:
   Becharoff Capital Corporation
   C/O Brewer & Brewer
   4533 MacArthur Blvd., Suite 707
   Newport Beach, CA 92660

CSD 1183

**CSD 1183 (Page 3)** [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  Jan 13, 2020
              (Date)

Bita Hoffman  s/s Bita Hoffman
(Typed Name and Signature)

105 West F Street, Suite 205
(Address)

San Diego, CA 92101
(City, State, ZIP Code)

CSD 1183