Olga Nazimova    SBN 129501
Law Offices of Olga Nazimova
105 West F Street, Suite 205
San Diego, CA 92101
858-480-9809 Phone
619-864-7310 Fax
onlawca@gmail.com

Attorney for  Theresa Dalton

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

In Re                                                    )
                                                             )         BANKRUPTCY NO. 19-04878
          Theresa Dalton,                       )
                                                             )         DEBTOR'S NOTICE OF MOTION AND
                                     Debtor.      )         MOTION TO AVOID LIEN UNDER
                                                             )         11USC §522(f)
_____)

          To the creditor, Becharoff Capital Corporation, by and through their attorney, Brewer &

Brewer, and other interested parties:

          1. Debtor, Theresa Dalton, commenced this case on 8-15-2019, by filing the above-

numbered voluntary petition for relief under chapter 7 of title 11, United States Code.

          2. This motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judicial lien

held by Becharoff Capital Corporation, on the real property used as the Debtors' primary

residence.

          3. On or about January 13, 2010, Becharoff Capital Corporation, by and through their

attorney Brewer & Brewer obtained a judicial lien for a non-purchase money security interest on

the real property used as Debtors' residence at 318 Mason Drive, Vista, CA 92084.  This judicial

lien is entered of record as follows:

          Document Number 2010-0020774, recorded at the San Diego

County Recorder's office on January 14, 2010.

4. The Debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien and does not exceed the fair market value of the property and has been claimed as fully exempt in her bankruptcy case.

5. The Fair Market Value of the Property incumbered by this lien is approximately $435,000.00. (See copy of appraisal attached as Exhibit "A").

6. The balance owed on the 1st Mortgage on this property is $491,320.00. (See copy of mortgage statement attached as Exhibit "B").

7. The debt owed to Becharoff Capital Corporation, on a judgement lien, is approximately $14,072.51. (See copy of Writ of Execution, money judgement, attached as Exhibit "C").

8. There is no equity in the real property at this time as the amount of the 1st mortgage exceeds the fair market value of the real property.

9. Becharoff Capital Corporation's lien on Debtors' real property is wholly unsecured and should be treated as any other unsecured debt listed in the debtors bankruptcy.

10. Becharoff Capital Corporation's lien also impairs the debtor's right to exempt $29,275.00 of equity in real property, under C.C.P. § 703.140(b)(1) ~Homestead or burial plot.

WHEREFORE, Debtors pray for an Order against [creditor] for the cancellation and avoidance of the judicial liens on their residential real estate, and for such additional or alternative relief as may be just and proper.

Dated: 11-07-2019

Respectfully submitted,
Law Offices of Olga Nazimova

By: /s/ Olga Nazimova
Olga Nazimova, Attorney for Debtor

2

# EXHIBIT "A"

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
318 Mason Rd
Vista, CA 92084
NLY PAR PER ROS 9189 IN LOT 34 BLK 7 TR 2187

## FOR
Dalton Theresa L

## OPINION OF VALUE
435,000

## AS OF
06/15/2019

## BY
DELUX M LAZICH
Delux Appraisals INC
1656 Steeplechase Pl
Vista, CA 92083
(760) 519-7880
delux2323@cox.net

Delux Lazich

Main File No. 061519-1 Page #2

# RESIDENTIAL APPRAISAL REPORT

File No.: 061519-1

SUBJECT

| | |
|---|---|
| Property Address: 318 Mason Rd | City: Vista    State: CA    Zip Code: 92084 |

County: San Diego    Legal Description: NLY PAR PER ROS 9189 IN LOT 34 BLK 7 TR 2187

Assessor's Parcel #: 170-122-45-00

Tax Year: 2019    R.E. Taxes: $ 5,640    Special Assessments: $ 0    Borrower (if applicable):

Current Owner of Record: Dalton Theresa L    Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $    ☐ per year ☐ per month

Market Area Name: Vista Acres    Map Reference: 1067-H7    Census Tract: 0192.03

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☒ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Establish current market value

Intended User(s) (by name or type): Dalton Theresa L

Client: Dalton Theresa L    Address: 318 Mason Rd

Appraiser: DELUX M LAZICH    Address: 1656 Steeplechase Pl, Vista, CA 92083

ASSIGNMENT

**NEIGHBORHOOD BOUNDARIES:**

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 80% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 85 | | | 2-4 Unit 2% | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☒ Tenant 15 | 399 Low 30 | | Multi-Unit 3% | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 700 High 75 | | Comm'l 10% | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 615 Pred 45 | | Vacant 6% | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): HWY 78 NORTH, THE 78 FRWY SOUTH, MELROSE DR WEST AND THE I-15 FRWY EAST EXPOSURE TIME APPEARS TO BE UNDER 3 MONTHS FOR SIMILAR PROPERTIES. ALL FORMS OF LENDING APPEAR TO BE AVAILABLE WITH CONVENTIONAL BEING MOST PREVALENT. PROPERTY VALUES HAVE RECENTLY STABILIZED AFTER A PERIOD OF INCREASE WITH INTEREST RATES RANGING FROM 3.5%-7.5% IN THE MARKET, THIS RECENT DECLINE WAS MARKET DRIVEN AND NOT ATTRIBUTED TO ANY OTHER OUTSIDE ADVERSE PHYSICAL FACTORS.

MARKET AREA DESCRIPTION

Dimensions: SEE PLAT MAP    Site Area: 23,958 sf

Zoning Classification: R1    Description: ALLOWS FOR SINGLE FAMILY RESIDENCE

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☐ No    Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Single Family Residential Dwelling    Use as appraised in this report: Single Family Residential Dwelling

Summary of Highest & Best Use: THE APPRAISAL PROBLEM DID NOT WARRANT AN INTENSIVE HIGHEST AND BEST USE STUDY, GIVEN THE NATURE OF THE SUBJECT REAL ESTATE, MY CONCLUSIONS OF HIGHEST AND BEST USE WAS BASED ON LOGIC AND OBSERVED EVIDENCE, THE IMPROVEMENTS ARE SUBSTANTIALLY THE HIGHEST AND BEST USE FOR THE SUBJECT PROPERTY: SINGLE FAMILY RESIDENTIAL DWELLING

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Gentle Slope |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Public Utility | Street | ASPHALT | ☐ | ☒ | Size | AVERAGE |
| Gas | ☒ | ☐ | Public Utility | Curb/Gutter | NONE | ☐ | ☐ | Shape | RECTANGULAR |
| Water | ☒ | ☐ | Public Utility | Sidewalk | NONE | ☐ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☐ | ☒ | Septic | Street Lights | NONE | ☐ | ☐ | View | Valley |
| Storm Sewer | ☐ | ☒ | Public Utility | Alley | NONE | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul-de-Sac ☒ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 06073C0776G    FEMA Map Date 05/16/2012

Site Comments: THE SUBJECTS LOT IS 70% FLAT AND TYPICAL FOR THE AREA, THE BACK OF THE LOT SLOPES DOWNWARD BUT AFFORDS A VIEW OF THE VALLEY AND HILLS

SITE DESCRIPTION

| General Description | | Exterior Description | | Foundation | | Basement ☐ None | | Heating Central |
|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | CRAWL | Slab | NO | Area Sq. Ft. | 768 | Type Forced Air |
| # of Stories | 1 | Exterior Walls | STUCCO | Crawl Space | YES | % Finished | | ☐ Fuel GAS |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | Tile | Basement | yes | Ceiling | Drywall | |
| Design (Style) Ranch | | Gutters & Dwnspts. | OVERHANG | Sump Pump | ☐ NONE | Walls | Block | Cooling |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | aluminum | Dampness | ☐ NONE | Floor | Concrete | Central |
| Actual Age (Yrs.) 30 | | Storm/Screens | Aluminum Case | Settlement | n/a | Outside Entry | YES | |
| Effective Age (Yrs.) 30 | | | | Infestation | NONE NOTED | | | |

| Interior Description | | Appliances | Attic ☐ None | Amenities | | Car Storage ☐ None |
|---|---|---|---|---|---|---|
| Floors | CRPT/TILE/FAIR | Refrigerator ☒ | Stairs ☒ | Fireplace(s) # 1 | Woodstove(s) # 0 | Garage # of cars ( 5 Tot) |
| Walls | DRYWALL/AVG | Range/Oven ☒ | Drop Stair ☒ | Patio Slab | | Attach. 2 |
| Trim/Finish | WOOD/AVG | Disposal ☒ | Scuttle ☒ | Deck Wood | | Detach. |
| Bath Floor | TILE/FAIR | Dishwasher ☒ | Doorway ☒ | Porch Open | | Blt-In |
| Bath Wainscot | TILE/avg | Fan/Hood ☒ | Floor ☒ | Fence CHAIN LINK | | Carport 0 |
| Doors | WOOD/AVG | Microwave ☒ | Heated ☐ | Pool NONE | | Driveway 3 |
| | | Washer/Dryer ☒ | Finished ☐ | | | Surface CONCRETE |

Finished area above grade contains: 5 Rooms    2 Bedrooms    2.0 Bath(s)    1,440 Square Feet of Gross Living Area Above Grade

Additional features: NONE

Describe the condition of the property (including physical, functional and external obsolescence): THE SUBJECT IS OF FAIR QUALITY CONDITION REFLECTING SIMILAR MAINTENANCE AND DISPLAYING SIMILAR APPEAL FOR LOCATION. NO CONDITIONS OR REQUIREMENTS NEEDED OR NOTED IN THIS REPORT, UTILITIES WERE ON AT TIME OF INSPECTION AND ARE IN WORKING ORDER, THE SUBJECT HAS NOT RECEIVED ANY IMPROVEMENTS OR UPDATES AND ALL COMPONENTS ARE ORIGINAL, THE CARPET IS SOILED AND NEEDS TO BE REPLACED, THE POPCORN CEILING IS DIRTY, INTERIOR PAINT IS DIRTY, AND THERE IS CLUTTER EVERYWHERE

DESCRIPTION OF THE IMPROVEMENTS

Main File No. 061519-1| Page #4

# RESIDENTIAL APPRAISAL REPORT

File No.: 061519-1

| COST APPROACH TO VALUE (if developed) | ☐ The Cost Approach was not developed for this appraisal. |
|---|---|

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):  SALES COMPARISON APPROACH IS CONSIDERED THE MOST RELIABLE METHOD OF DETERMINING THE "MARKET VALUE". COST APPROACH IS GIVEN NO WEIGHT IN ESTABLISHING MARKET VALUE & SHOULD NOT BE USED FOR FIRE INSURANCE CONSIDERATIONS (cost approach not reliable for insurance) EXACT REPLACEMENT COST SHOULD BE OBTAINED FROM A PROFESSIONAL FIRE INSURANCE COMPANY.  SITE VALUE IS BASED ON ABSTRACTION METHOD. LAND TO VALUE RATIO APPEARS TO BE TYPICAL.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | = $ | 325,000 |
|---|---|---|---|---|---|---|
| Source of cost data: DwellingCost | DWELLING | 1,440 Sq. Ft. @ $ | 124.90 | = $ | | 179,856 |
| Quality rating from cost service: 3.0    Effective date of cost data: 6/15/2019 | BASEMENT | 768 Sq. Ft. @ $ | 25.00 | = $ | | 19,200 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq. Ft. @ $ | | = $ | | |
| Cost data was modified using a multiplier based on the zip code 92084. | | Sq. Ft. @ $ | | = $ | | |
| The quality rating of 3.0 describes a property of average quality. Tract | | Sq. Ft. @ $ | | = $ | | |
| built level of construction practice using standard materials readily | | | | = $ | | |
| available from local suppliers. Built by construction personnel possessing | Garage/Carport | 600 Sq. Ft. @ $ | 40.00 | = $ | | 24,000 |
| average skills. Most tract-built dwellings would fall into this category as | Total Estimate of Cost-New | | | = $ | | 223,056 |
| well as average quality one-of-a-kind dwellings. | Less    Physical | Functional | External | | | |
| | Depreciation    111,528 | | | = $ | | 111,528 |
| | Depreciated Cost of Improvements | | | = $ | | 111,528 |
| | "As-Is" Value of Site Improvements | | | = $ | | |
| | | | | = $ | | |
| Estimated Remaining Economic Life (if required):    30 Years | INDICATED VALUE BY COST APPROACH | | | = $ | | 436,528 |

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal. |
|---|---|
| Estimated Monthly Market Rent $    X Gross Rent Multiplier    = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM):

| PROJECT INFORMATION FOR PUDs (if applicable) | ☐ The Subject is part of a Planned Unit Development. |
|---|---|

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 435,000    Cost Approach (if developed) $ 436,528    Income Approach (if developed) $

Final Reconciliation  ADEQUATE MARKET SALES WERE LOCATED TO MARK THE VALUE OF THE SUBJECT PROPERTY. THE DIRECT SALES COMPARISON IS GIVEN THE GREATEST CONSIDERATION. THE FINAL VALUE OF THE SUBJECT PROPERTY IS LOWER THAN THE PREDOMINATE VALUE FOR THE AREA BUT FALLS WITHIN THE MARKETS TYPICAL VALUE RANGE.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $  435,000  , as of:  06/15/2019  , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains _____ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | | | |

Client Contact:  Dalton Theresa L    Client Name:  Dalton Theresa L

E-Mail:  daltongang5@hotmail.com    Address:  316 Mason Rd

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Delux* (signature) | |
| Appraiser Name: DELUX M LAZICH | Supervisory or Co-Appraiser Name: |
| Company: Delux Appraisals INC | Company: |
| Phone: (760) 519-7880    Fax: (760) 295-3485 | Phone:    Fax: |
| E-Mail: delux2323@cox.net | E-Mail: |
| Date of Report (Signature): 06/18/2019 | Date of Report (Signature): |
| License or Certification #: AR033347    State: CA | License or Certification #:    State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 03/11/2020 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 06/15/2019 | Date of Inspection: |

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GPRESIDENTIAL    Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL REPORT

File No. 061519-1

**TRANSFER HISTORY**

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Fares/Realst/MLS

**1st Prior Subject Sale/Transfer**

| | |
|---|---|
| Date: | Analysis of sale/transfer history and/or any current agreement of sale/listing: Per public records, the Subject has no known 36-month prior transfer history. 2208 Camino Cantera transferred on 09/13/2018 for $0 (Affidavit - |
| Price: | Doc #381937). It also transferred on 09/13/2018 for $0 (Affidavit - Doc #381936). 1011 Valley Crest Dr |
| Source(s): FARES/CRS DATA/MLS | has no known 12-month prior transfer history. 1638 S Santa Fe Ave transferred on 08/13/2018 for $0 |

**2nd Prior Subject Sale/Transfer**

| | |
|---|---|
| Date: | (Affidavit - Doc #331190). 1515 Sunrise Dr has no known 12-month prior transfer history. 1042 Oak Dr |
| Price: | has no known 12-month prior transfer history. 751 Hillside Ter has no known 12-month prior transfer |
| Source(s): | history. |

**SALES COMPARISON APPROACH TO VALUE** (if developed)    ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 318 Mason Rd | 2208 Camino Cantera | | 1011 Valley Crest Dr | | 1638 S Santa Fe Ave | |
| | Vista, CA 92084 | Vista, CA 92084 | | Vista, CA 92084 | | Vista, CA 92084 | |
| Proximity to Subject | | 2.33 miles E | | 4.63 miles SE | | 4.63 miles SE | |
| Sale Price | $ | | $ 415,000 | | $ 507,500 | | $ 450,000 |
| Sale Price/GLA | $ /sq.ft. | $ 274.47 /sq.ft. | | $ 334.10 /sq.ft. | | $ 326.09 /sq.ft. | |
| Data Source(s) | INSPECTION | Sandicor#180044753,DOM 9 | | Sandicor#180059772,DOM 3 | | Sandicor#180058526,DOM 151 | |
| Verification Source(s) | FARES/IIDC/MLS | Doc #381938,Realst 09/13/2018 | | Doc #489589,Realst 11/27/2018 | | Doc #139306,Realst 04/17/2019 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Sales or Financing | | Arm.Lth | | Arm.Lth | | Arm.Lth | |
| Concessions | | Cash;20000 | -20,000 | VA;10500 | -10,500 | Conv,0 | 0 |
| Date of Sale/Time | | s09/18;c08/18 | 0 | s11/18;c10/18 | 0 | s04/19;c03/19 | 0 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 23,958 sf | 1.17 ac | 0 | 23958 sf | 0 | 12032 sf | +20,000 |
| View | Valley | Valley | | Valley | | Valley | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 36 | 46 | 0 | 47 | 0 | 47 | 0 |
| Condition | Fair | Fair | | Average | -25,000 | Average | -25,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5  2  2.0 | 5  2  1.0 | +20,000 | 5  2  2.0 | | 5  2  2.0 | |
| Gross Living Area | 1,440 sq.ft. | 1,512 sq.ft. | 0 | 1,519 sq.ft. | 0 | 1,380 sq.ft. | 0 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | CONFORMING | CONFORMING | | CONFORMING | | CONFORMING | |
| Heating/Cooling | FAU,NONE | FAU,NONE | | FAU,NONE | | FAU,NONE | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2gd2dw | | 2gd2dw | |
| Porch/Patio/Deck | Slab,Deck | Slab,Deck | | Porch/Patio | 0 | Porch/Patio | |
| POOL & SPA | None | None | | None | | None | |
| APN# | 170-122-45-00 | 172-200-06-00 | | 181-242-20-00 | | 183-073-35-00 | |
| Net Adjustment (Total) | | ☐ + ☐ - $ | | ☐ + ☒ - $ | -35,500 | ☐ + ☒ - $ | -5,000 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | $ 415,000 | | $ 472,000 | | $ 445,000 | |

Summary of Sales Comparison Approach   COMPARABLES ARE CHOSEN FOR BEING MOST SIMILAR IN LOCATION, CONDITION, APPEAL, DESIGN AND STYLE, OVERALL CONDITION AND IMPROVEMENTS. ALL COMPS ARE ALSO FOUND TO BE THE MOST SIMILAR AND THE MOST RECENT IN SALES INFORMATION AVAILABLE. THE SUBJECT PROPERTY APPEARS TO BE FULLY COMPATIBLE WITH THE AREA IN WHICH IT IS LOCATED. LOT SQUARE FOOTAGE ADJUSTMENTS ARE MADE AT $2.00 PER FOOT WHEN USABLE LOT DIFFERENCE IS GREATER THAN 2,000 SQ. FT. NO TIME ADJUSTMENTS WERE GIVEN TO COMPARABLES THAT HAVE CLOSED ESCROW WITHIN 6 MONTHS PRIOR TO THE EFFECTIVE DATE OF THE APPRAISAL DUE TO STABILIZING VALUES FOR THAT TIME PERIOD. THIS RATE IS DERIVED BY PERFORMING A MARKET ANALYSIS FOR THE PAST 12 MONTHS USING HOMES THAT WOULD BE COMPARABLE TO THE SUBJECT.

Indicated Value by Sales Comparison Approach $ 435,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

Main File No. 061519-1 Page #8

## Supplemental Addendum

File No. 061519-1

| Lender | | | | |
|---|---|---|---|---|
| Property Address 318 Mason Rd | | | | |
| City Vista | | County San Diego | State CA | Zip Code 92084 |
| Borrower | | | | |

SKETCH FOR THIS APPRAISAL SHOWS APPROXIMATE DIMENSIONS OF DWELLING. SIZE HAS POSSIBLE STANDARD OF DEVIATION GREATER OR LESS THEN SKETCH'S GROSS LIVING AREA. SIZE IS NOT GUARANTEED, DUE TO ROUNDING TO THE NEAREST SQ.FT. ON THE EXTERIOR & INTERIOR WALLS WHEN NECESSARY. (AS NOTED ON LIMITING CONDITION #2 ON PAGE 4 OF THE U.R.A.R)

••CONDITION OF APPRAISAL: ALTHOUGH A WALK-THROUGH INSPECTION HAS BEEN PREFORMED, THE APPRAISER IS NOT AN EXPERT IN THE FIELD OF BUILDING INSPECTION, STRUCTURAL ENGINEERING, PEST CONTROL, HAZARDOUS WASTE DETECTION, AND SOILS ENGINEERING. NO WARRANTY IS GIVEN IN REGARDS TO THOSE ELEMENTS AND EXPERTS IN THE RELATED FIELDS SHOULD BE CONSULTED IF DESIRED. THE APPRAISAL WAS PREPARED FOR LENDING PURPOSES AND DOES NOT CONSTITUTE AN EXPERT INSPECTION OF THE PROPERTY. RELIANCE ON THIS APPRAISAL IS LIMITED TO THE NAMED CLIENT. VALUATION IS BASED ON CURRENT MARKET CONDITIONS AS OF THE DATE OF INSPECTION OF THE SUBJECT PROPERTY. THE APPRAISER ASSUMES NO RESPONSIBILITY FOR DETRIMENTAL PHYSICAL, FUNCTIONAL, EXTERNAL OR ECONOMIC FACTORS TRANSPIRING AFTER THE DATE OF INSPECTION. THE DIGITAL SIGNATURES CONTAINED ON THIS APPRAISAL ARE PASSWORD PROTECTED AND ONLY THE APPRAISER(S) SIGNING THE APPRAISAL MAINTAIN CONTROL OF THE SIGNATURE(S) AND THE PROTECTING SECURITY DEVICES.

THE READILY OBSERVABLE EXTERIOR AND INTERIOR AREAS OF THE SUBJECT PROPERTY WERE INSPECTED. IF THE PROPERTY WAS FURNISHED AT THE TIME OF INSPECTION, NO FURNISHINGS , RUGS, OR OTHER PERSONAL PROPERTY WERE MOVED OR INCLUDED IN THE FINAL ESTIMATION OF VALUE. THE CONDITION OF THE ROOF WAS BASED ON WHAT WAS VISIBLE AND OBSERVABLE FROM GROUND LEVEL.

I HAVE NOT BEEN PROVIDED WITH ANY DOCUMENTATION REVEALING ANY PHYSICAL DEFICIENCIES AND HAVE REPORTED ONLY APPARENT ADVERSE CONDITIONS. BORROWER AND/OR CLIENT MAY NOT RELY ON THIS REPORT FOR STRUCTURAL CONDITIONS THAT MAY EXIST AND IS ENCOURAGED TO OBTAIN A HOME INSPECTION BY A PROFESSIONAL HOME INSPECTOR TO DETERMINE IF PROBLEMS EXIST. SEE LIMITING CONDITION #5.

THE FINDINGS ARE BASED ON OBSERVABLE CONDITIONS NOTED AT THE TIME OF THE INSPECTION AND OTHER CONDITIONS KNOWN TO EXIST AT THE TIME OF THE APPRAISAL. I AM NOT A LICENSED BUILDING CONTRACTOR OR PROFESSIONAL BUILDING/HOME INSPECTOR. I AM NOT QUALIFIED TO SURVEY OR ANALYZE PHYSICAL ITEMS THAT ARE NOT READILY VISIBLE. IF ANY PARTIES IN THIS TRANSACTION HAVE QUESTIONS OR CONCERNS REGARDING ANY MECHANICAL OR STRUCTURAL PHYSICAL PROBLEMS, CONDITIONS,INFESTATION, CONTAMINATION OR OTHER ISSUES REGARDING THE SUBJECT PROPERTY, AN EXPERT IN THE FIELD OF THAT SPECIALTY SHOULD BE CONSULTED. THIS IS NOT A HOME INSPECTION AND DOES NOT OFFER ANY GUARANTEE AGAINST ANY STRUCTURAL DEFECTS. IF ANY PARTY WISHES TO BE SO INFORMED, CONTACT THE APPROPRIATE PROFESSIONAL.

THE ROUTINE INSPECTION OF THE PROPERTY AND ANY IMPROVEMENTS IS FOR PURPOSES OF ESTABLISHING THE MARKET VALUE OF THE PROPERTY. THE PROPERTY "INSPECTION" IS REALLY MORE OF AN "OBSERVATION". IT IS NOT REGARDED AS A FULL PROPERTY INSPECTION OF THE TYPE INTENDED TO REVEAL DEFECTS IN MECHANICAL SYSTEMS, STRUCTURAL INTEGRITY, ROOFING, SIDING, OR ANY OTHER PROPERTY COMPONENT. THE APPRAISER CLAIMS NO SPECIAL EXPERTISE IN THESE AREAS, NOR IS THE APPRAISER AN EXPERT REGARDING ISSUES RELATED TO FOUNDATION SETTLEMENT, WOOD DESTROYING INSECTS, RADON GAS, OR LEAD BASED PAINT.

NO ADVERSE ENVIRONMENTAL OR HAZARDOUS CONDITIONS WERE NOTED IN OR AROUND THE SUBJECT PROPERTY, WHICH WERE OBVIOUS OR VISUALLY DETECTABLE TO THIS APPRAISER. AS NOTED IN LIMITING CONDITIONS #5 .

•LEAD BASED PAINT DISCLOSURE: APPRAISER DOES NOT KNOW IF THE PAINT USED ON THE SUBJECT PROPERTY WAS MADE PRIOR TO 1978 THERE MAY OR MAY NOT CONTAIN LEAD BASED PAINT AND/OR OTHER HAZARDOUS SUBSTANCES ON THE SUBJECT PROPERTY. THE CLIENT IS HEREBY NOTIFIED THAT THE APPRAISER IS NOT QUALIFIED TO DETECT THESE SUBSTANCES AND THAT IS BEYOND THE SCOPE OF THIS APPRAISAL, TO ASCERTAIN THE PRESENCE OF LEAD BASED PAINT AND/OR OTHER HAZARDOUS SUBSTANCES THAT MAY BE PRESENT IN THE SUBJECT PROPERTY. THE CLIENT IS ADVISED TO CONSULT A QUALIFIED EXPERT(S) IN THE DETECTION OF LEAD BASED PAINT AND/OR OTHER HAZARDOUS SUBSTANCES IF FURTHER INFORMATION IS DESIRED.

APPRAISER HAS THE RIGHT TO CORRECT ANY DISCOVERED ERRORS. THE LIABILITY OF DELUX APPRAISALS AND/OR ITS APPRAISERS IS LIMITED TO THE CLIENT (AS STATED IN THE REPORT) ONLY. FURTHERMORE, THERE IS NO ACCOUNTABILITY, OBLIGATION OR LIABILITY TO ANY THIRD PARTY. IF THIS REPORT IS DISSEMINATED TO ANY OTHER PARTY OTHER THAN THE CLIENT, THE CLIENT WILL MAKE THE THIRD PARTY AWARE OF ALL LIMITING CONDITIONS (PAGE 4 OF THE U.R.A.R. THEY MUST BE READ BY THE CLIENT), ASSUMPTIONS AND ALL RELATED DISCUSSIONS CONCERNING THE ASSIGNMENT. THE APPRAISER WILL NOT BE RESPONSIBLE FOR ANY COST INCURRED TO DISCOVER OR CORRECT ANY DEFICIENCIES OF ANY TYPE PRESENT IN/OR AROUND THE SUBJECT PROPERTY (PHYSICALLY, FINANCIALLY AND/OR LEGALLY).

•ELECTRONIC SIGNATURE AND PHOTO COMMENTS
THIS APPRAISAL REPORT CONTAINS ELECTRONIC IMAGES AND/OR ELECTRONIC SIGNATURES. FANNIE MAE GUIDELINES INDICATE THAT THE PHOTOGRAPHS MUST BE CLEAR AND DESCRIPTIVE IN EITHER BLACK AND WHITE OR COLOR. THE PHOTOGRAPHS MUST BE ORIGINALS THAT ARE PRODUCED EITHER BY PHOTOGRAPHY OR ELECTRONIC IMAGING. (FANNIE MAE PROPERTY AND APPRAISAL ANALYSIS - APPRAISAL DOCUMENTATION AND CERTIFICATIONS SECTION 204).

THIS APPRAISAL REPORT CONTAINS ELECTRONIC SIGNATURES, THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE (USPAP) STATEMENT NO. 8 (SMT-8) STATES THAT MEASURES MUST BE TAKEN TO INSURE THE INTEGRITY OF THE ELECTRONIC SIGNATURE. THE APPRAISER MUST AFFIX HIS OWN SIGNATURE TO THE REPORT AND HE/SHE ALONE HAS THE PASSWORD. ELECTRONICALLY AFFIXING A SIGNATURE TO A REPORT CARRIES THE SAME LEVEL OF AUTHENTICITY AND RESPONSIBILITY AS AN INK SIGNATURE ON A PAPER COPY REPORT.

THE USPAP AND FANNIE MAE GUIDELINES HAVE BEEN FOLLOWED IN THE APPLICATION OF BOTH PHOTOGRAPHS

Main File No. 061519-1 | Page #5

# ADDITIONAL COMPARABLE SALES

File No.: 061519-1

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 318 Mason Rd | 1515 Sunrise Dr | | 1042 Oak Dr | | 751 Hillside Ter | |
| | Vista, CA 92084 | Vista, CA 92084 | | Vista, CA 92084 | | Vista, CA 92084 | |
| Proximity to Subject | | 3.60 miles SE | | 2.33 miles SE | | 2.45 miles S | |
| Sale Price | $ | | $ 500,000 | | $ 507,500 | | $ 399,000 |
| Sale Price/GLA | $ /sq ft | $ 313.28 /sq ft | | $ 307.95 /sq ft | | $ 326.51 /sq ft | |
| Data Source(s) | INSPECTION | Sandicor#180038749,DOM 28 | | Sandicor#180037108,DOM 30 | | Sandicor#190033258,DOM 1 | |
| Verification Source(s) | | FARES/NDC/MLS | | Doc #393021;Realist 09/20/2018 | | Doo #384683;Realist 09/04/2018 | olp$399,000 Sandicor/FARES |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | ArmLth | | ArmLth | | Listing | |
| Concessions | | Conv;0 | 0 | Conv;5250 | -5,250 | Active;0 | |
| Date of Sale/Time | | s09/18;c08/18 | 0 | s09/18;c08/18 | 0 | Active | 0 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 23,958 sf | 14756 sf | +20,000 | 13701 sf | +20,000 | 16552 sf | +20,000 |
| View | Valley | Valley | | N,Res; | | N,Res; | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 38 | 69 | 0 | 60 | | 74 | 0 |
| Condition | Fair | Average | | Good | | Fair | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
| Room Count | 5 | 2 | 2.0 | 5 | 2 | 3.0 | -20,000 | 5 | 2 | 1.1 | +10,000 | 5 | 2 | 2.0 | |
| Gross Living Area | 1,440 sq ft | 1,596 sq ft | -11,700 | 1,648 sq ft | -16,600 | 1,222 sq ft | +16,350 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | CONFORMING | CONFORMING | | CONFORMING | | CONFORMING | |
| Heating/Cooling | FAU;NONE | FAU;NONE | | FAU;C/Air | -10,000 | NoHeat;NoAC | +5,000 |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga2dw | 2gd2dw | | 2ga2dw | | 4gd4dw | -5,000 |
| Porch/Patio/Deck | Slab;Deck | Porch/Patio | 0 | Porch/Patio | 0 | Porch/Patio | 0 |
| POOL & SPA | None | None | | None | | None | |
| | | | | | | | |
| APN# | 170-122-45-00 | 180-032-01-00 | | 173-260-14-00 | | 175-370-19-00 | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -11,700 | ☐ + ☒ - | $ -850 | ☒ + ☐ - | $ 36,350 |
| Adjusted Sale Price | | ☐ + ☒ - | | | | ☒ + ☐ - | |
| of Comparables | | | $ 488,300 | | $ 506,650 | | $ 435,350 |

Summary of Sales Comparison Approach

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 (AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE     3/2007

Main File No. 061519-1 Page #8

# USPAP Compliance Addendum

Loan #
File # 061519-1

| Lender | | | | | |
|---|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | | |
| City | Vista | County | San Diego | State CA | Zip Code 92084 |
| Borrower | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

☒ Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without additional information in the appraiser's workfile.

## ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

## PRIOR SERVICES

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

## PROPERTY INSPECTION

☐ I have NOT made a personal inspection of the property that is the subject of this report.

☒ I HAVE made a personal inspection of the property that is the subject of this report.

## APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

## ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements: No employee, director, officer or agent of the lender (or client named), or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner.

## MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

☒ A reasonable marketing time for the subject property is    1-90    day(s) utilizing market conditions pertinent to the appraisal assignment.

☒ A reasonable exposure time for the subject property is    1-90    day(s).

## APPRAISER

Signature *Delux*
Name    DELUX M LAZICH
Date of Signature    06/18/2019
State Certification #    AR033347
or State License #
State    CA
Expiration Date of Certification or License    03/11/2020

Effective Date of Appraisal    06/15/2019

## SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License
Supervisory Appraiser Inspection of Subject Property
☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior

USPAP Compliance Addendum 2014

Page 1 of 1

Form ID14EC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

File No. 061619-1

| Lender | | | | | |
|---|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | | |
| City | Vista | County | San Diego | State CA | Zip Code 92084 |
| Borrower | | | | | |

(IF APPLICABLE) AND ELECTRONIC SIGNATURES IN THE ATTACHED REPORT.

·WARNINGS TO UNINTENDED USERS:

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR THE OWNER OF THE SUBJECT PROPERTY, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

REGARDLESS OF WHO PAYS FOR THIS APPRAISAL,  THE INTENDED USER IS THE LENDER/CLIENT STATED ON PAGE 1 OF THE URAR ONLY, IN THIS CASE THE OWNER OF THE SUBJECT PROPERTY.  THE SCOPE OF WORK IN THIS APPRAISAL HAS BEEN CUSTOMIZED FOR THE INTENDED USER.  IT MAY BE INAPPROPRIATE FOR OTHER USERS AND PUT THEM IN JEOPARDY.  THEREFORE, REGARDLESS OF THE MEANS OF POSSESSION OF THIS REPORT, THIS APPRAISAL MAY NOT BE USED OR RELIED ON BY ANYONE OTHER THEN THE STATED INTENDED USER.  THE APPRAISER, APPRAISAL FIRM AND RELATED PARTIES ASSUME NO OBLIGATION, LIABILITY, OR ACCOUNTABILITY TO ANY THIRD PARTY.  IF YOU ARE NOT THE STATED INTENDED USER CONTACT OUR OFFICE TO HAVE AN APPRAISAL CUSTOMIZED FOR YOUR NEEDS.

THE APPRAISER ASSUMES THAT THERE ARE NO HIDDEN OR UNAPPARENT CONDITIONS OF THE PROPERTY, SUBSOIL OR STRUCTURES WHICH WOULD RENDER IT MORE OR LESS VALUABLE.  THE APPRAISER ASSUMES NO RESPONSIBILITY FOR SUCH CONDITIONS OR FOR ENGINEERING WHICH MIGHT BE REQUIRED TO DISCOVER SUCH FACTORS.  IF THE LENDER/CLIENT OR BORROWER HAVE ANY QUESTIONS REGARDING THESE ITEMS, IT IS THEIR RESPONSIBILITY TO ORDER THE APPROPRIATE INSPECTIONS BY A LICENSED CONTRACTOR OR HOME INSPECTOR. THIS REPORT IS NOT A HOME INSPECTION AND THE APPRAISER ASSUMES NO RESPONSIBILITY FOR THESE ITEMS. NO PARTY MAY RELY ON THIS DOCUMENT WITHOUT POSSESSING THE COMPLETE 6 PAGES OF THE REPORT PLUS ALL EXHIBITS.  THE SCOPE OF WORK COMPLETED WAS APPROPRIATE FOR THE NAMED CLIENT AND ANY INTENDED USES, BUT MAY NOT BE APPROPRIATE FOR OTHER THIRD PARTY USERS, SUCH AS THE BORROWERS OR PROPERTY OWNERS.  THE CLIENT MAY USE THIS APPRAISAL FOR A SINGLE LOAN DETERMINATION ONLY (1 TIME USE).  (SEE ADDENDUM STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS ON PAGE 4 OF THE U.R.A.R, THEY MUST BE READ BY ANY CLIENT OR BORROWER IN  POSSESION OF THIS APPRAISAL REPORT)

THIS IS A COMPLETE SUMMARY APPRAISAL REPORT INTENDED FOR USE BY THE CLIENT/LENDER TO ESTABLISH A CURRENT MARKET VALUE FOR THE SUBJECT PROPERTY AND IS NOT MEANT FOR A LENDING TRANSACTION.  THIS REPORT IS NOT INTENDED FOR ANY OTHER USE OR USER AND IS CONSIDERED NOT RELIABLE FOR ANY OTHER PURPOSES, WITH OUT WRITTEN CONSENT OF APPRAISER(S)

I HAVE BEEN APPRAISING SAN DIEGO COUNTY SINCE 2002 WITH A LARGE PORTION OF THAT EXPERIENCE LOCATED IN THE SUBJECTS MARKET AREA AND I AM VERY FAMILIAR WITH THE VARIED NEIGHBORHOODS WITHIN THE CITY OF VISTA. THE SUBJECT IS A TYPICAL PROPERTY FOR THIS AREA. I HAVE CONDUCTED A LARGE NUMBER OF APPRAISALS ON PROPERTIES SUCH AS THIS AND I AM CONFIDENT THAT I AM QUALIFIED TO CONDUCT THIS APPRAISAL.  ALTHOUGH DISCONTINUED, I HAVE PREPARED THIS APPRAISAL IN COMPLIANCE WITH THE HOME VALUATION CODE OF CONDUCT AND HAVE NOT PERFORMED, PARTICIPATED IN, OR BEEN ASSOCIATED WITH ANY ACTIVITY IN VIOLATION OF THE CODE. I HAVE PERFORMED NO OTHER SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THE WORK UNDER REVIEW WITHIN THE THREE YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT.

DATABASE ABBREVIATIONS:
MLS - MULTIPLE LISTING SERVICE - SANDICOR MLS SERVICE IS USED AS THE DATA SOURCE FOR MLS UNLESS STATED OTHERWISE. SANDICOR COVERS ALL OF SAN DIEGO COUNTY. WWW.SANDICOR.COM

FARES - FIRST AMERICAN REAL ESTATE SOLUTIONS BY CORE LOGIC

NDC- NATIONAL DATA COLLECTIVE

IN ADDITION TO RESEARCH PERFORMED, DATAQUICK IS ALSO USED A SOURCE FOR OVERALL MARKET TRENDS IN ZIP CODES PERTAINING TO SOUTHERN CALIFORNIA. THE FIGURES LISTED ON DATAQUICK APPLY TO THE TOTAL NUMBER OF SALES IN A PARTICULAR ZIP CODE REGARDLESS OF SIZE OVER THE PAST 12 MONTHS. THIS DATA SOURCE IS USED IN AS AN ADDITIONAL RESOURCE AND TO LEND SUPPORT FOR ANY MARKET TRENDS CITED IN THE REPORT. http://www.dqnews.com/

Main File No. 061519-1| Page # 10

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Quality Ratings and Definitions (continued)

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**
Little or no updating or modernization. This description includes, but is not limited to, new homes.
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**
The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**
Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

Main File No. 061519-1] Page #9]

File No.  061519-1

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Condition Ratings and Definitions

### C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

### C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

### C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

### C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

### C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

### C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

### Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Main File No. 061519-1] Page # 12

## Subject Photo Page

| Lender | | | | |
|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | |
| City | Vista | County San Diego | State CA | Zip Code 92084 |
| Borrower | | | | |



**Subject Front**

318 Mason Rd
Sales Price
Gross Living Area        1,440
Total Rooms                6
Total Bedrooms            2
Total Bathrooms          2.0
Location                Residential
View                      Valley
Site                      23,958 sf
Quality                  Average
Age                        38



**Subject Rear**



**Subject Street**

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbl | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| In | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfll | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| FARES | First American Real Estate Solutions | Data Sources |
| NDC | National Data Collective | Data Sources |
| MLS | Multiple Listing Service | Data Sources |
| Pano | Panoramic | View Amenity |
| olp | Original List Price | Active Listing and Pending Sale Comparables |

UAD Version 9/2011 (Updated 1/2014)

Main File No. 091519-31 Page #14

## Subject Interior Photo Page

| Lender | | | | | |
|---|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | | |
| City | Vista | County San Diego | State CA | Zip Code | 92084 |
| Borrower | | | | | |



**Subject Interior – FR**

| | |
|---|---|
| 318 Mason Rd | |
| Sales Price | |
| Gross Living Area | 1,440 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Valley |
| Site | 23,958 sf |
| Quality | Average |
| Age | 36 |



**Subject Interior–Dining**



**Subject Interior – BA**

Main File No. 061519-1] Page #18

## Subject Interior Photo Page

| Lender | | | | |
|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | |
| City | Vista | County San Diego | State CA | Zip Code 92084 |
| Borrower | | | | |



**Subject Interior – LR**

| | |
|---|---|
| 318 Mason Rd | |
| Sales Price | |
| Gross Living Area | 1,440 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Valley |
| Site | 23,958 sf |
| Quality | Average |
| Age | 36 |



**Subject Interior – KIT**



**Subject Interior – BA**

### Subject Interior Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Lender | | | | | |
| Property Address | 318 Mason Rd | | | | |
| City | Vista | County San Diego | State CA | Zip Code 92084 |
| Borrower | | | | | |



**Subject Interior**

318 Mason Rd
Sales Price
Gross Living Area    1,440
Total Rooms          6
Total Bedrooms       2
Total Bathrooms      2.0
Location             Residential
View                 Valley
Site                 23,958 sf
Quality              Average
Age                  36

BASEMENT



**Subject Interior**

BASEMENT

Main File No. 061519-11 Page #16

## Subject Interior Photo Page

| Lender | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | | | |
| City | Vista | | County | San Diego | State  CA | Zip Code  92084 |
| Borrower | | | | | | |



**Subject Interior – BR**

318 Mason Rd
Sales Price
Gross Living Area 1,440
Total Rooms 5
Total Bedrooms 2
Total Bathrooms 2.0
Location Residential
View Valley
Site 23,858 sf
Quality Average
Age 38



**Subject Interior – BR**

Main File No. 081519-11 Page #18

## PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Lender | | | | |
| Property Address | 318 Mason Rd | | | |
| City | Vista | County  San Diego | State  CA | Zip Code  92084 |
| Borrower | | | | |



SUBJECT PROPERTY
VIEW



SUBJECT PROPERTY
VIEW

## PHOTOGRAPH ADDENDUM

| Lender | | | | | |
|---|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | | |
| City | Vista | County | San Diego | State CA | Zip Code 92084 |
| Borrower | | | | | |



SUBJECT PROPERTY
SIDE VIEW



SUBJECT PROPERTY
SIDE VIEW



SUBJECT PROPERTY
VIEW

Form GPIC3X5 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 061519-1 Page #16

## Comparable Photo Page

| Lender | |
|---|---|
| Property Address | 318 Mason Rd |
| City | Vista | County | San Diego | State | CA | Zip Code | 92084 |
| Borrower | |



### Comparable 1
2208 Camino Cantera
| | |
|---|---|
| Prox. to Subject | 2.33 miles E |
| Sale Price | 415,000 |
| Gross Living Area | 1,512 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Residential |
| View | Valley |
| Site | 1.17 ac |
| Quality | Average |
| Age | 46 |



### Comparable 2
1011 Valley Crest Dr
| | |
|---|---|
| Prox. to Subject | 4.63 miles SE |
| Sale Price | 507,500 |
| Gross Living Area | 1,519 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Valley |
| Site | 23958 sf |
| Quality | Average |
| Age | 47 |



### Comparable 3
1538 S Santa Fe Ave
| | |
|---|---|
| Prox. to Subject | 4.53 miles SE |
| Sale Price | 450,000 |
| Gross Living Area | 1,380 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Valley |
| Site | 12632 sf |
| Quality | Average |
| Age | 47 |

Main File No. 061519-1] Page #20

## Comparable Photo Page

| Lender | |
|---|---|
| Property Address | 318 Mason Rd |
| City | Vista | County San Diego | State CA | Zip Code 92084 |
| Borrower | |



### Comparable 4

| | |
|---|---|
| 1515 Sunrise Dr | |
| Prox. to Subject | 3.60 miles SE |
| Sale Price | 500,000 |
| Gross Living Area | 1,596 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 3.0 |
| Location | Residential |
| View | Valley |
| Site | 14756 sf |
| Quality | Average |
| Age | 69 |



### Comparable 5

| | |
|---|---|
| 1042 Oak Dr | |
| Prox. to Subject | 2.33 miles SE |
| Sale Price | 507,500 |
| Gross Living Area | 1,648 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.1 |
| Location | Residential |
| View | N;Res; |
| Site | 13701 sf |
| Quality | Average |
| Age | 60 |



### Comparable 6

| | |
|---|---|
| 751 Hillside Ter | |
| Prox. to Subject | 2.45 miles S |
| Sale Price | 399,000 |
| Gross Living Area | 1,222 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | N;Res; |
| Site | 16552 sf |
| Quality | Average |
| Age | 74 |

# Building Sketch

| Lender | | | | |
|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | |
| City | Vista | County San Diego | State CA | Zip Code 92084 |
| Borrower | | | | |



Main File No. 061519-1| Page #22

## Plat Map

| Lender | | | | |
|---|---|---|---|---|
| Property Address | 318 Mason Rd | | | |
| City | Vista | County | San Diego | State CA | Zip Code 92084 |
| Borrower | | | | |



Main File No. 081619-1   Page #23

## Location Map

| | | | | | | |
|---|---|---|---|---|---|---|
| Lender | | | | | | |
| Property Address | 318 Mason Rd | | | | | |
| City | Vista | County | San Diego | State | CA | Zip Code | 92084 |
| Borrower | | | | | | |



Main File No. 061519-1 | Page #24



E&O Insurance



**LIA** Administrators & Insurance Services

**APPRAISAL AND VALUATION**
**PROFESSIONAL LIABILITY INSURANCE POLICY**
DECLARATIONS



A S P E N

**ASPEN AMERICAN INSURANCE COMPANY**
(A stock insurance company herein called the "Company")
175 Capital Blvd. Suite 100
Rocky Hill, CT 06067

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 01/11/2018 | AAA003420-03 | AAA003420-02 |

THIS IS A CLAIMS MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND THEN REPORTED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE EXTENDED REPORTING PERIOD, IF APPLICABLE, FOR A WRONGFUL ACT COMMITTED ON OR AFTER THE RETROACTIVE DATE AND BEFORE THE END OF THE POLICY PERIOD. PLEASE READ THE POLICY CAREFULLY.

Item

**1. Customer ID: 158065**
Named Insured:
DELUX APPRAISALS, INC
Delux Lazkh
1656 Steeplechase Pl.
Vista, CA 92083

**2. Policy Period:** From: 03/09/2018 To: 03/09/2019
12:01 A.M. Standard Time at the address stated in Item 1

**3. Deductible:** $1,000 Each Claim

**4. Retroactive Date:** 03/09/2016

**5. Inception Date:** 03/09/2016

**6. Limits of Liability:** A. $500,000 Each Claim
B. $1,000,000 Aggregate

**7. Mail all notices, including notice of Claim, to:**
LIA Administrators & Insurance Services
1660 Anacapa Street
Santa Barbara, California 93101
(800) 334-0652; Fax: (805) 962-0652

**8. Annual Premium:** $960.00

**9. Forms attached at Issue:** LIA002 (12/14) LIA CA (11/14) LIA012 (12/14) LIA020 (10/14) LIA131 (10/14)

This Declarations Page, together with the completed and signed Policy Application including all attachments and exhibits thereto, and the Policy shall constitute the contract between the Named Insured and the Company.

01/11/2018
Date

By _____
Authorized Signature

LIA001 (12/14)

Aspen American Insurance Company

Main File No. 061519-11 Page #26



Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
# REAL ESTATE APPRAISER LICENSE

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title

"Certified Residential Real Estate Appraiser"

**Delux M. Lazich**

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER: AR 033347

Effective Date: March 12, 2018
Due/Expires: March 11, 2020

Jim Martin, Bureau Chief, BREA

3038835

# EXHIBIT "B"

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

O C W E N

www.ocwencustomers.com

## Mortgage Account Statement

| Property Address | 318 Mason Rd |
| --- | --- |
| | Vista, CA 92084-1730 |

| | |
| --- | --- |
| Statement Date | 09/06/18 |
| Account Number | 7141919386 |
| Payment Due Date | 10/01/18 |
| **Amount Due** | **$1,957.71** |

*If payment is received after 10/16/18, a $75.90 late fee may be charged.*

| Customer Care | 800-746-2936 |
| --- | --- |
| Insurance | 866-317-7661 |

THERESA L DALTON
318 MASON RD
VISTA CA 92084-1730

| Account Information | | Explanation of Amount Due*** | |
| --- | --- | --- | --- |
| Principal Balance* | $493,573.53 | Principal | $364.66 |
| Regular Principal Balance | $254,214.53 | Interest | $900.34 |
| Deferred Principal Balance | $239,359.00 | Escrow | $692.71 |
| Escrow Balance | -$799.70 | **Total Regular Payment** | **$1,957.71** |
| Maturity Date | May 1, 2037 | **Total Unpaid Amount** | **$1,957.71** |
| Interest Rate | 4.25000% | | |
| Prepayment Penalty | No | | |

*\* This is the Principal Balance only, not the amount required to pay the loan in full. \*\*\*This balance may increase over time.*

### Activity Since Last Statement (08/07/18 to 09/06/18)

| | | | | How Payments & Charges were Applied | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
| 09/05/18 | 09/04/18 | Payment | $1957.71 | $363.22 | $901.78 | $692.71 | | | | |
| 09/05/18 | 09/04/18 | Principal Payment | $42.29 | $42.29 | | | | | | |

| Past Payments Breakdown | | | Special Notices |
| --- | --- | --- | --- |
| | Paid Since Last Statement | Paid Year to Date | |
| Principal | $405.51 | $3,430.82 | |
| Interest | $901.78 | $8,165.63 | |
| Escrow (Taxes and/or Insurance) | $692.71 | $4,883.50 | |
| Fees/Other Charges | $.00 | $.00 | |
| Unapplied Funds** | $.00 | $.00 | |
| Total | $2,000.00 | $16,479.95 | |

### Important News

If the account has foreclosure protection provided under the Service members Civil Relief Act (SCRA) or similar state law, Ocwen will not conduct foreclosure activity during the foreclosure protection period.

**See reverse side for important information and state specific disclosures.**

O C W E N

### Payment Coupon

Theresa L Dalton
Account Number: 7141919386

| | |
| --- | --- |
| **AMOUNT DUE** | **$1,957.71** |
| If late charge assessed after 10/16/18, add late charge of | $75.90 |
| Total Amount Due with Late Charge (if assessed) | $2,033.61 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| Total Enclosed | |

*Note: If the loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.*

*If this payment is made via automatic drafting, this statement is for informational purposes only.*

OCWEN LOAN SERVICING, LLC
PO BOX 660264
DALLAS TX 75266-0264

1 000020336ll 4444444881 00000714l9l936 50 00l957711

## Important Phone Numbers and Hours

Our automated telephone service will help you get fast and confidential answers to your questions. Be sure to have the Ocwen account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available to assist you during the following hours:

**Customer Care Center:** 800-746-2936   Monday-Friday: 8:00 am to 9:00 pm and Saturday: 8:00 am to 5:00 pm ET
**Bankruptcy Customer Care Center:** 888-554-6599   Monday-Friday: 8:00 am to 9:00 pm ET
**Homeowners Insurance:** 866-317-7661   Monday-Friday: 8:00 am to 9:00 pm and Saturday: 8:00 am to 5:00 pm ET

Special Number for the Hearing Impaired: 800-735-2943

## Payment and Correspondence Addresses

**Inquiries** — General inquiries/correspondence should be mailed separately from any account payments:

| | | | |
|---|---|---|---|
| **Research Department\*\*** | **Regular Payments\*** | **HELOC Closure Requests** | **Express Payments** |
| PO Box 24738 | PO Box 660264 | PO Box 24842 | Ocwen Loan Servicing, LLC - Box #660264 |
| West Palm Beach, FL 33416-4736 | Dallas, TX 75266-0264 | West Palm Beach, FL 33416-4642 | 1010 W. Mockingbird Ln., Suite 100 |
| | | | Dallas, TX 75247 |
| **Insurance Department** | **Insurance Claims** | **Tax Bills** | |
| PO Box 6723 | PO Box 6501 | PO Box 24685 | |
| Springfield, OH 45501-6723 | Springfield, OH 45501-6501 | West Palm Beach, FL 33416-4665 | |

**Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include the Ocwen account number, name and property address.**

**\* All checks should be made payable to Ocwen Loan Servicing, LLC. Do not send correspondence with any payment and ensure that the Ocwen account number, name and property address are written on the front of the check or money order.**

**\*\* This address must be used for all qualified written requests, notices of error, and/or requests for information.**

## Ocwen Fee Structure\*

| Loan Documents | | Payments | |
|---|---|---|---|
| Collateral (Mortgage, Note and Riders) | **FREE** | Website (pay before or within 10 business days of due date) | **FREE** |
| Individual documents | **FREE** | Website (pay 10 business days or more after due date) | up to $10.00 |
| **Payment History** (free on www.ocwencustomers.com) | up to $5.00 | Automated Phone System | up to $12.00 |
| **Verification of Mortgage** (free on www.ocwencustomers.com) | up to $10.00 | Agent Assistance | up to $19.50 |
| **Amortization Schedule** | **FREE** | Returned Check Fee | up to $40.00 |

*These fees are subject to change and may not apply in all instances, depending upon applicable state laws.

## Convenient Payment Options

**Online Payment Services** — Pay mortgage bills and view mortgage account statements online! To get started simply register for Account Access at www.ocwencustomers.com, log-in, and follow the enrollment instructions.

**ACH (Automated Payments)** — Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from a designated bank account on a monthly basis saving time and money, or as a one-time draft, that is free if drafted within ten days of the due date.

**Pay by Phone** — For information to use this quick and convenient service call the Customer Care number listed above. Please have the bank routing number and bank account number available. Fees may apply.

**Pay via Western Union® Quick Collect®** — To use this payment option, find the nearest location by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". The city code is "Ocwen" and the state is "FL". All payments should be made to "OCWEN" and provide the loan number.

**Pay via MoneyGram® and Express Payments®** — To find the nearest location, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with the loan number, Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and Express Payment® are registered marks of MoneyGram Payment Systems, Inc.

## Important Information

**Important Notice** — This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

**Payment Processing** — Payments received after 5:00 p.m. CST are considered received as of the next business day.

**Electronic Debit** — When a check is provided as payment, we are authorized by the payor of the check either to use information from the check to make a one-time electronic funds transfer from the designated account or to process the payment as a check transaction. When we use information from the check to make an electronic funds transfer, funds may be withdrawn from the designated account as soon as the same day the payment is received, and you will not receive the check back from the designated financial institution.

**Important Credit Reporting Notification** — We may report information about the account to credit bureaus. Late payments, missed payments, or other defaults on the account may be reflected in your credit report.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Optional Products" will not cause the mortgage account to be in default. Please call the Customer Care number listed above if you have any questions or to cancel the Optional Product enrollment.

**Housing Counselor Information** — If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organization in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

## Important Bankruptcy Information

**If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, PO Box 24781, West Palm Beach, FL 33416-4781.**

## State Disclosures

**California Property Owners** — Additional accountings can be requested pursuant to Section 2954 of the California Civil Code. A toll-free consumer hotline is available at 855-244-8931.

NMLS #: 1852    NC Permit #: 3946





# EXHIBIT "C"

9-316

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| Carl Marschall, Esq.         71823<br>Brewer & Brewer<br>4533 MacArthur Blvd., #707<br>Newport Beach, CA  92660 | 20.. APR 25 PM 3: 08 |

TELEPHONE NO.: (714)424-6300        FAX NO. *(Optional)*:(714)424-6313
E-MAIL ADDRESS *(Optional)*: info@brewer-brewer.com
ATTORNEY FOR *(Name)*: BECHAROFF CAPITAL CORPORATION
[XX] ATTORNEY FOR  [XX] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 325 S. Melrose Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, Ca 92081-
BRANCH NAME: North County Division (Limited Civil)

PLAINTIFF: BECHAROFF CAPITAL CORPORATION

DEFENDANT: THERESA L. DALTON

| **WRIT<br>OF** | [XX] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF [ ] Personal Property<br>                      [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>37-2009-00056384-CL-CL-NC<br>Limited Civil Case |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** SAN DIEGO
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name)*: BECHAROFF CAPITAL CORPORATION
   is the [XX] judgment creditor [ ] assignee of record    whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name and last known address)*:

   Theresa L. Dalton

   318 Mason Drive

   Vista, CA 92084-

   [ ] Additional judgment debtors on next page
5. **Judgment entered on** *(date)*:
   12/23/09
6. [ ] **Judgment renewed on** *(dates)*:

7. **Notice of sale under this writ**
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ................... $        11,509.57
12. Costs after judgment (per filed order or memo CCP 685.090) .......... $            96.00
13. Subtotal *(add 11 and 12)* ......... $        11,605.57
14. Credits ..................... $              0.00
15. Subtotal *(subtract 14 from 13)* ...... $        11,605.57
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $         2,441.94
17. Fee for issuance of writ ............. $             25.00
18. Total *(add 15, 16, and 17)* .......... $        14,072.51
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of. ...... $              3.18
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ........... $
20. [ ] The amounts called for in items 11–19 are different for each debtor. Those amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on *(date)*: APR 13 2012        Clerk, by *m. Hacketh*           , Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2008]

**WRIT OF EXECUTION**

Page 1 of 2
Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5.
www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

9000316