Order Entered on
November 7, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In re: | | BANKRUPTCY NO. | 19-04878-CL7 |
|---|---|---|---|
| | | Date of Hearing: | 11/04/2019 |
| THERESA DALTON | | Time of Hearing: | 10:00 AM |
| | Debtor(s). | Name of Judge: | Christopher B. Latham |

**ORDER DENYING MOTION TO AVOID JUDICIAL LIEN**

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED: November 7, 2019

_____
Judge, United States Bankruptcy Court

In re THERESA DALTON                                                                                               Case No. 19-04878-CL7

In light of Debtor's submission on the subject tentative ruling, and good cause appearing, the court affirms and adopts its tentative ruling at ECF No. 15 as the ruling of the court on Debtor's motion to avoid Becharoff Capital Corporation's judicial lien (ECF No. 10). The motion is accordingly **denied** without prejudice.

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham November 7, 2019

United States Bankruptcy Court
Southern District of California

In re:                                                          Case No. 19-04878-CL
Theresa Dalton                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3          User: Admin.           Page 1 of 1          Date Rcvd: Nov 07, 2019
                              Form ID: pdfO2         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
db            +Theresa Dalton,    318 Mason Road,    Vista, CA 92084-1730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
              Leslie T. Gladstone    candic@flgsd.com,
               candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewg@flgsd.com
              Olga   Nazimova    on behalf of Debtor Theresa  Dalton onlawca@gmail.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 3