TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: THERESA DALTON

Number: 19-04878-CL7

Hearing: 10:00 AM  Monday, January 13, 2020

Motion: MOTION TO AVOID JUDICIAL LIEN OF BECHAROFF CAPITAL CORPORATION UNDER 11 USC § 522(f) FILED BY DEBTOR

The court has considered Debtor's motion to avoid Becharoff Capital Corporation's judicial lien.  Having received no opposition, and good cause appearing, the court **grants** the motion and excuses appearances at the January 13, 2020 hearing.  Debtor may submit an order consistent with this tentative ruling.